UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH LARSON,

              Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

Case No. C22-1309-LK

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

      The Court GRANTS plaintiff's *in forma pauperis* application, Dkt. No. 1, and ORDERS:

      (1)    Plaintiff shall be issued summonses.

      (2)    Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Federal Rule of Civil Procedure 4. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15 by sending a copy of the summonses and complaint, along with Plaintiff's identifying information, via email to USAWAW.SSAClerk@usdoj.gov.

      DATED this 21st day of September, 2022.

                                               Lauren King
                                               United States District Judge